**Ralph Dorell BARR, Plaintiff–Appellant,**

v.

**Officer NASH; Southwest Virginia Regional Jail Authority–Abingdon Facility, Defendants–Appellees.**

No. 13–7013.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 13, 2013.

Decided: Sept. 23, 2013.

Ralph Dorell Barr, Appellant Pro Se.

Before GREGORY, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph Dorell Barr appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Barr v. Nash,* No. 7:13–cv–00279–JCT–RSB (W.D.Va. June 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*